**JS-6**

# United States District Court
# Central District of California

| | |
|---|---|
| ANTHONY BOUYER, an individual<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KAFCO PARTNERSHIP, A CALIFORNIA LIMITED PARTNERSHIP; a California limited partnership; and DOES 1–10, inclusive,<br><br>　　　　　Defendants. | Case № 2:20-cv-06929-ODW (RAOx)<br><br>**JUDGMENT** |

# JUDGMENT

In light of the Court's Order (ECF No. 20) **GRANTING** Plaintiff Anthony Bouyer's ("Plaintiff") Application for Default Judgment, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. Defendant Kafco Partnership, a California Limited Partnership ("Defendant"), is ordered to remove all architectural barriers identified in Plaintiff's Complaint that are readily achievable to comply with the specifications set forth in the ADA Accessibility Guidelines to the extent that Defendant owns or operates a place of public accommodation;
2. Plaintiff shall recover $1,865.50 in attorneys' fees and $538 in costs from Defendant;
3. The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

February 26, 2021

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE